UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| KARI E. TRESCOTT,<br><br>       Plaintiff,<br><br>    v.<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Civil No. 3:24-cv-01045-YY<br><br><br>ORDER OF REMAND |

Based on the stipulation of the parties, the Court hereby ORDERS that this case be remanded to the agency for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) will offer Plaintiff the opportunity for a hearing and take any further action needed to complete the administrative record. The ALJ will further evaluate Plaintiff's claim and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

IT IS SO ORDERED this   1st    day of   April    2025.


　　　　　　　　　　　　　　　　　　  /s/ Youlee Yim You          
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Submitted by:

WILLIAM M. NARUS, CAB #243633
Acting United States Attorney

KEVIN DANIELSON, OSB #065860
Executive Assistant United States Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

*/s/ Stacy A. Morgan*
STACY A. MORGAN, MOB #45719
Special Assistant United States Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
Attorneys for Defendant